AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

PHILLIP ARTHUR COVARRUBIAS,

      Petitioner,                    JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:11-CV-00873-LRH-WGC**

ROBERT LeGRAND, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition [8] is **DISMISSED** without prejudice as a successive petition. **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

July 30, 2012                                                              **LANCE S. WILSON**
                                                                                                            Clerk

                                                                                                           M. Campbell
                                                                                                           Deputy Clerk